**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MEHARI BERHANE MERHAWI,                    )
                                                                             )
                          Petitioner,                             )
                                                                             )
v.                                                                         )        Case No. CIV-26-745-J
                                                                             )
TODD BLANCHE, et al.,                              )
                                                                             )
                          Respondents.                        )

**ORDER**

Petitioner Mehari Berhane Merhawi, a citizen of Eritrea, is currently in the custody of

Immigration and Customs Enforcement (ICE). He has filed a Petition for Writ of Habeas Corpus

pursuant to 28 U.S.C. § 2241 (Petition) seeking release, or in the alternative, a bond hearing. The

matter was referred to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C.

§ 636(b)(1)(B),(C). Judge Stephens issued a Report and Recommendation [Doc. No. 16]

recommending that the Court grant the Petition in part and order Respondents to provide Petitioner

with a bond hearing under 8 U.S.C. § 1226(a) within five business days or otherwise release him

if he has not received a lawful bond hearing within that period and to certify compliance by filing

a status report within seven business days of the Court's order and to deny as moot Petitioner's

Motion for Temporary Restraining Order and Preliminary Injunction. Respondents filed a timely

objection [Doc. No. 17], triggering de novo review. *See* Fed. R. Civ. P. 72(b)(3); *Quint v. Vail*

*Resorts, Inc.*, 89 F.4th 803, 808 (10th Cir. 2023). Petitioner filed a timely response to Respondents'

objection [Doc. No. 18].

Upon review of the Report and Recommendation, Respondents' objection, and Petitioner's

response to the Respondents' objection, and in light of the conclusion of this Court, the Seventh

Circuit in *Castanon-Nava v. U.S. Dep't Homeland Sec.*, 161 F.4th 1048 (7th Cir. 2025) and the

Second Circuit in *Cunha v. Freden*, No. 25-3141-pr, 2026 WL 1146044 (2d Cir. April 28, 2026), as well as most courts in this circuit and nationwide, that § 1226(a) controls in this situation, *see Coreas v. Noem*, No. CIV-26-151-J, 2026 WL 541151, at *2 (W.D. Okla. Feb. 26, 2026) (collecting cases), the Court concurs with Judge Stephens' finding that Petitioner is entitled to a bond hearing and Respondents' failure to provide one violates § 1226(a) of the Immigration and Nationality Act (INA).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 16], GRANTS Petitioner's Petition in so far as it finds Respondents violated the INA, and DENIES Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 7] as moot. The Court, therefore, ORDERS Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within five (5) business days of the date of this Order, or otherwise release Petitioner if he has not received the hearing within that period. Respondents shall certify compliance within seven (7) business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 4th day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

2