## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

MEHARI BERHANE MERHAWI,    )
          )
    Petitioner,    )
          )
v.          )    Case No. CIV-26-745-J
          )
TODD BLANCHE, et al.,    )
          )
    Respondents.    )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS IN PART Petitioner's Petition for Writ of Habeas Corpus as set forth in the Order filed this same day. Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within five (5) business days of the date of the Order filed this same day, or otherwise release Petitioner if he has not received the hearing within that period, and shall certify compliance by filing a status report within seven (7) business days of the date of the Order filed this same day.

IT IS SO ORDERED this 4th day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE