**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEHARI BERHANE MERHAWI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-745-J |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

On May 11, 2026, Petitioner filed an Emergency Motion to Enforce This Court's Order and for Relief and Brief in Support [Doc. No. 21]. In light of the nature of the motion, the Court hereby SHORTENS Respondents' time to file their response to this motion and ORDERS Respondents to file their response by 5:00 p.m. today.

IT IS SO ORDERED this 12th day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE