**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEHARI BERHANE MERHAWI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-745-J |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is Petitioner's Emergency Motion to Enforce This Court's Order and for Relief and Brief in Support (Emergency Motion to Enforce) [Doc. No. 21]. Respondents have filed a response, advising the Court that Petitioner was being released on May 12, 2026, by or around 6:30 p.m. In light of Petitioner's release, the Court DENIES Petitioner's Emergency Motion to Enforce as MOOT.

IT IS SO ORDERED this 13th day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE